**Order entered August 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00184-CR

### VICTOR LEE WILKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-41359-Y**

## ORDER

Before the Court is appellant's August 15, 2018 third motion for extension of time to filed his brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE